UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-167 (APM)** |
| | : | |
| v. | : | |
| | : | |
| **SINCERE HOWARD** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UPDATE TO COURT'S ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this update to the Court's Order regarding the defendant's placement in a suitable facility for a competency examination. *See*, Court's Order ECF# 38.

1) Consistent with the Court's Order ECF# 38 that the defendant be committed to the custody of the Attorney General pursuant to 18 U.S.C. 4241(d) and that on 6/24/2022 and every 15 days thereafter until the defendant arrives at a suitable facility for treatment, the Government shall provide a status update to the Court. Undersigned counsel for the government can report the following: *the United States Marshals Service ("USMS") has indicated to undersigned counsel that Defendant Howard is now being re-designated for Federal Medical Center, Lexington. While USMS has not provided a specific wait time for the defendant's placement, the Bureau of Prisons has previously advised that FMC Lexington is establishing a small, 12-bed unit for competency restoration beginning this month. This initiative was meant to address and alleviate the wait times at the three other BOP facilities in which inmates undergo competency*

*restoration. The government will follow-up once it has additional information on when the defendant will be placed.*

2) Accordingly, undersigned counsel for the government will update this Court on or before 15 days from September 1, 2022.

Wherefore, the government will further update the Court on the defendant's placement at a suitable facility for competency restoration on or before September 16, 2022.

                                    Respectfully submitted,

                                    MATTHEW GRAVES
                                    UNITED STATES ATTORNEY

By:    */s/ Emory V. Cole & Will Hart*
        Emory V. Cole
        Will Hart
        PA. No. 49136 (Cole)
        D.C. Bar No. 1029325 (Hart)
        Assistant United States Attorneys
        Federal Major Crimes Section
        United States Attorney's Office for D.C.
        601 D Street, N.W.,
        Washington, D.C. 20530
        E-mail: Emory.Cole@usdoj.gov
                 William.Hart@usdoj.gov
        Telephone: (202) 252-7692 (Cole)
                     (202)-730-5711 (Hart)

Dated: September 1, 2022